RECEIVED

FEB 04 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CONNER RAY BROWN<br>LA. DOC #592088<br>VS. | CIVIL ACTION NO. 5:12-cv-1827<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| CADDO PARISH EMERGENCY<br>RESPONSE TEAM, ET AL. | MAGISTRATE JUDGE MARK L. HORNSBY |

Consolidated With

| | |
|---|---|
| CONNER RAY BROWN<br>LA. DOC #592088<br>VS. | CIVIL ACTION NO. 5:12-cv-2070<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| JOHN DOE, ET AL. | MAGISTRATE JUDGE MARK L. HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint and his amended complaints be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted, in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 4 day of February, 2014.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE